IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BRANDON BEASLEY, #259429,       )
                                )
            Plaintiff,          )
                                )
    v.                          )        CASE NO. 2:17-CV-423-WKW
                                )               [WO]
LT. BOYD,                       )
                                )
            Defendant.          )

## ORDER

On June 12, 2020, the Magistrate Judge entered a Recommendation (Doc. # 14) to which no objections have been filed.  After an independent review of the record, it is ORDERED that the Recommendation (Doc. # 14) is ADOPTED and that Defendant's motion for summary judgment (Doc. # 12) is GRANTED.

It is further ORDERED that costs are TAXED against Plaintiff.

Final judgment will be entered separately.

DONE this 16th day of July, 2020.

                            /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE